

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00151-CV

**IN RE** Carrie Wynne **POWELL**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: March 29, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 1, 2023, relator filed a petition for writ of mandamus and a motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request to stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. DCV-2020-2073, styled *Carrie Wynne Powell v. The Travelers Indemnity Company of America, The Travelers Indemnity Company, Travelers Property Casualty Company of America, Adams Insurance Services Inc., and The Phoenix Insurance Company*, pending in the 452nd District Court, Kimble County, Texas, the Honorable Robert Rey Hofmann presiding.